# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 412 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| ALLEGHENY COUNTY BAR | : |
| ASSOCIATION, JAMES E. MAHOOD, | : |
| WILDER & MAHOOD, MELANIE S. | : |
| ROTHEY, CHARLES J. AVALLI, LOUIS | : |
| C. LONG, PENNSYLVANIA BAR | : |
| ASSOCIATION, AND THOMAS J. | : |
| DOERR, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.